# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 80

| | |
|---|---|
| **MARCELLO CELENTANO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ELI GLOBAL, LLC and ECL GROUP LLC,**) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 6] filed by Stephen J. Grabenstein, counsel for Plaintiff Marcello Celentano.

Upon review of the motion, it appears that George F. Galland Jr. is a member in good standing with the Illinois Bar and will be appearing with Stephen J. Grabenstein, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 6]. The Court **ADMITS** George F. Galland Jr. to practice *pro hac vice* before the Court while associated with local counsel.

Signed: April 27, 2018

Dennis L. Howell
United States Magistrate Judge