# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:18 cv 80

| | | |
|---|---|---|
| **MARCELLO CELENTANO,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ELI GLOBAL, LLC and ECL GROUP, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Before the Court is the motion for *pro hac vice* admission [# 13] filed by Aaron Zachary Tobin, counsel for Defendants.

Upon review of the motion, it appears Jared T.S. Pace is a members in good standing with the Texas Bar and will be appearing with Aaron Zachary Tobin, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 13]. The Court **ADMITS** Jared T.S. Pace to practice *pro hac vice* before the Court while associated with local counsel.

Signed: May 25, 2018

Dennis L. Howell
United States Magistrate Judge